UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 14 2013
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Willie W Moses )
                ) Plaintiff(s)
                )
            vs. )  Civil Case No.: 9:13-CV-1418
                )
State of New York )  CIVIL
Jon Doe, 1      )  RIGHTS
Jon Doe, 2      )  COMPLAINT
Sgt Cuda        ) Defendant(s)  PURSUANT TO
                )  42 U.S.C. § 1983

| Plaintiff(s) demand(s) a trial by: ☒ JURY ☐ COURT (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:
I was ruffed up so bad my should left has to have major surgery ~~[scribbled out]~~ Three techs denied due process

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Willie W Moses

   Address: Bare Hill Correctional Facility
   Caller Box 20 181 Brand Road Malone New York 12953

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Sgt Cuda

   Official Position: Sgt

   Address: Mid State Correctional Facility
   P.O. Box 2500 Marcy NY 17403

b. Defendant: __John Doe 1__
   Official Position: __Correctional Officer__
   Address: __Mid State Correctional__
   __P.O. Box 2500 Marcy NY, 13403__

c. Defendant: __John Doe__
   Official Position: __Correctional Officer__
   Address: __Mid State Correctional__
   __P.O. Box 2500 Marcy NY 13403__

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On may 30/2013 I was walking toward the yard gate when I was asked a question by Sgt Cuda. I asked what did he say sir, one of the C.O. what are you fucking deff at the time I had a mouth full of chewing tabacoo so I spit out so I could talk to the Sgt and answer his question properly when I did several C.O. tackeled me and started chocking me one of them started dragging me into the both where the metal detector was they continued to chock me and twist my left arm I was hit on my head back Left shoulder repeatedly while I was being assaulted I tried to Protect

② My head with my body by leaning to my right when I moved the officers got ruffer I told them I'm not fighting back. "ya got it" I siad, they replied at that time you fucking right nigger we got it but they kept hitting me in my claurcal area on my left side I yeld out yall see this trying to get the attention of anyone to help but none came I told them your hurting me please stop my shoulder my shoulder I yelled and that time someone get him in the van. once they got me behind the booth detector they twisted my arm even more through me to the ground put there knee on my neck back and picked me up by my cuff I felt my shoulder snapp I yelled wich seemed to make them angrier once they got me in the van they called me a piece of shit, hommie, nigger lazy muthafucker who lives of welfare, and tax payer money, siad I was a rat thretened to make something happen they could make it look like an accident in there there god I was scared for my life I pissed my self once I got to 10 building they the C.O's involved put me in a black cage in a back room and locked the cage

(3) where Sgt Cuda came in with a stick hitting the cage telling me I made him look stupid in front of his friends & coworkers he called me stupid black nigger, he then ask me if I was blood I replied no he then siad well your going to be I going to have you stabbed you peice of shit "fuckeing niggers" I asked what did I do I repeatedly apologized the Sgt told me to "fuck my apologies you know what we do to bloods I replied Im not a blood Im from winthrop NY I don't know anything about a blood he he told me to shut up nigger Ill fix you fucking embarrass me then la co came and got me brought me to another room where I was patted down for like the third time made to strip off my clothes then the co put hand cuffs on me while I was naked I wasin't sure that was procedure or not then he asked me to bend over and lift my feet then to spread my ass cheeks I refused sayin its impossible I have cuffs on he replied what are you stupid use your hands what you hideing something in there you got drugs in your ass I replied no he siad

(5) then spread your ass I can't I said then he shoved his stick between my cheaks pocking at my rectum once or twice going to far and I felt a sharp pain I was trying to move but I had limited motion and was scared to death my ass was hurting I explained I had nothing in there I begged him to calm down Im not a thret to him then I was escorted to my cell with just my pants on My shoulder was killing me my rectum hurt. I was then locked in cell 16 I believe with a toilet that didn't flush I checked my rectum and it was bleeding I was terrified and confused I sat there until the nurse came to see me She asked if I had anything wrong with me and would I be alright I told her my shoulder hurt and that I would like to talk to her privatly she siad you can talk in front of the officer and to put in a sick call. no medical treatment was given to me for the next two month or so I tried to mail out letter to Lt's and superintendent but the CO.'s would rip them up in front of my cell and ask me who was this sposed to go to when the Lt's walk by my cell they would not stop.

There was legal work I was not allowed to have because I was in the box I tried to learn my rights to get help I was denied grievance form constantly called snitch, piece of shit, rat fuck by C.O's and Inmates because of the CO's let them they threatened my life if I went to the Lt or Superintendent I was transphered to ~~10 Bar~~ Shu 200 and met with the Lt who would not give me P.C. protective custody unless I said it was because of the bloods. {I ask Sgt Cuda on ~~may~~ May 30 2013 for protective custody and was denied at 4:36 pm and again by Lt. I was again transphered to 10 building were on aug 1 I was transphered to Bare hill where I sought immediate medical treatment.

At mid State Correctional the nurse was neglegent in my treatment the Sgt + CO's assaulted me and violated my civil rights slandered my name in the Penal System of Corrections putting my life in danger with inmates, sexually assaulted me threatened my life I was also denied due process (no grievence) process

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Assault personal Injury

### SECOND CAUSE OF ACTION

Civil Rights Violation
~~[scribbled out]~~

### THIRD CAUSE OF ACTION

Violation of due process
Denied grievance process
and certain legal work

6. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   Compensatory & Punitive Damages in the amount of $1,000,000 for all parties of Employment and I would like an apology.

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 11/5/13

   Willie N Moses
   Willie Moses
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010

State of New York Court of Claims

--------------------------------------------------X

Willie Nikki Moses

-against-

The State of New York
Sgt Cuda
Jon doe 1
Jon doe 2

Notice of Intention to File Claim

--------------------------------------------------X

TO THE ATTORNEY GENERAL OF THE STATE OF NEW YORK:

PLEASE TAKE NOTICE, that the undersigned **Willie N Moses**, intends to file a claim against the State of New York, pursuant to Sections 10 and 11 of the Court of Claims Act.

The post office address of the claimant herein is: **Bare Hill Correctional Facility Caller Box 20, 181 Brand Road Malone, New York 12953**.

For the time being I am representing myself.

The time and place where such claim arose and the nature of my claim is as follows: May 30th 2013 Mid State Correctional Facility, Yard Gate I was assaulted by several officers & one Sgt. my claim is for psycial damage to my shoulder left side Emotional damage from being probed during a body check with the officers, civil rights violations, defimation of character, threats, deprived of due process "Grievance" and medical treatment

Dated: _____, 20___
_____, New York

_Willie Moses_
Claimant

## VERIFICATION

State of New York)
             )ss.:

I, __Wilken Moses__, being duly sworn, deposes and says:

I am over the age of 18 and reside at __Bare Hill Correctional Facility Caller Box 20, 181 Brand Road Malone New York 12953__

I am the above named claimant, and I have read the foregoing claim against the State of New York and know its contents; the same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Very truly yours,

_____
Claimant

Sworn to before me this __04__ day of __November__, 20__13__

_____
NOTARY PUBLIC

LAURIE ANN FOBARE
Notary Public, State of New York
No. 01FO6175693
Qualified in St. Lawrence County
Commission Expires __10-15-15__

State of New York Court of Claims

Willie N Moses

- against -

The State of New York

Notice of Intention to File Claim

To the Attorney General of the State of New York

Please Take Notice, That the undersigned <u>Willie N Moses</u>, intends to file a claim against the State of New York, pursuant to Section 10 and 11 of the Court of Claims Act

The post office address I can be reach is <u>Bare Hill</u> Correctional Facility Caller Box 20, 181 Brand Road Malone New York 12953

For the time being I am representing my self

During the months of Aug through Sept, I complained about severe pain in my shoulder I was sent to see the primary care doctor at Bare Hill Facility the doctor ^Cosimo Ferrari ordered X Ray and MRI shortly after I went for X Rays the X Rays came back positive for dislocation the doctor then scheduled me for an MRI in between that time I then received a letter from the clinic at Bare Hill that no further treatment was needed on my shoulder at that point I went back to the nurse at the clinic and the doctor told me I was healing and a little exercise would help but he gave me no instruction as how to do it or be safe so I took the doctors advice went to the gym while doing my first rep of dumbell bench press my shoulder gave out and my arm went numb my hand fell on the clamp and the sixty pound fell cutting of my left middle finger I had to have it sown back on but now I have limited movement and no feeling in the tip I believe the doctor was negligent in my treatment and information

Date <u>11/4</u>, 20<u>13</u>

<u>Malone</u>, New York

Willie Moses
Claimant

# VERification

State of New York )
                  ) SS:

I Willie N Moses, being duly sworn, deposes and says:

I am over the age of 18 and Reside at Bare hill Correctional facility Caller Box 20, 181 Brand Road Malone, New York 12953

I am the aboved named claimant, and I have read the forgoing claime against the State of New York and cnow it's contents; the same is true to my knowledge, except as to the matters therein stated to be alledged on information and belief, and as to those matters; I believe then to be true

Very truly yours,

Willie Moses

Sworn to before me this ___ day of 04 NOV, 20 13

Notary Public

LAURIE ANN FOBARE
Notary Public, State of New York
No. 01FO6175693
Qualified in St. Lawrence County
Commission Expires 10-15-15