
**DREYER BOYAJIAN LLP**
ATTORNEYS AT LAW

Lauren S. Owens Esq.
(518) 463-7784 Ext. 221
LOwens@dreyerboyajian.com

June 8, 2017

<u>Via ECF</u>
Hon. Glenn T. Suddaby
Chief U.S. District Judge
Federal Building & U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261

    Re:    Moses v. Cuda, *et al.*
             Index No.: 9:13-CV-1418 (GTS/TWD)

Dear Chief Judge Suddaby:

    In accordance with Your Honor's January 18, 2017 and April 12, 2017 Orders, plaintiff respectfully requests an extension to finalize the settlement documents relative to the above-referenced matter. Mr. Moses has been *physically* released from Hudson Correctional Facility, however is still under unsupervised custody of the New York State Department of Corrections. It is anticipated he will be out of custody in the coming weeks and as such, we respectfully request that the dismissal of plaintiff's case with prejudice be stayed until August 18, 2017 to accommodate this delay, with leave to request an additional extension if necessary. The parties have exchanged and executed nearly all of the settlement documents but are waiting to coordinate the issuance of the settlement funds until Mr. Moses' release from custody.

    I have conferred with AAG Paquette and she consents to this adjournment request.

                          Respectfully submitted,

                          DREYER BOYAJIAN LLP

                          /s/
        By:
                          Lauren S. Owens
                          BR# 517391

LSO/lrb
cc:    Aimee Paquette, Esq.
         Asst. Attorney General (Via ECF)

75 Columbia Street, Albany, NY 12210 • Telephone: (518) 463-7784 • Facsimile: (518) 463-4039
www.dreyerboyajian.com
Admitted in New York and Massachusetts